UNITED STATES of America

v.

**Stephanie Theresa REYES.**

Case No. 6:12–cr–307–Orl–31DAB.

United States District Court,
M.D. Florida,
Orlando Division.

Jan. 10, 2013.

Vincent Chiu, U.S. Attorney's Office, Orlando, FL, for United States of America.

### ORDER

GREGORY A. PRESNELL, District Judge.

Pursuant to Fed.R.Crim.P. 48(a), the United States has requested leave to dismiss the Indictment against Stephanie Theresa Reyes (Doc. 10). Leave of Court is GRANTED and the original Indictment is DISMISSED against Stephanie Theresa Reyes. Further, the original Indictment and supporting documentation (Docs. 1–7) are hereby STRICKEN and shall be EXPUNGED. The warrant for Stephanie Theresa Reyes, issued with the original Indictment, is QUASHED.